ney $20 costs, and within 20 days thereafter shall serve printed papers on appeal, in which case motion is denied. Motion to compel respondent to accept undertaking given to stay issue of execution granted.

McCOY v. GAS ENGINE & POWER CO. et al. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Daniel B. McCoy against the Gas Engine & Power Company and Charles L. Seabury & Co., Consolidated, and Joseph A. Flannery.

PER CURIAM. Order affirmed, with $10 costs and disbursements. See, also, 136 App. Div. 922, 120 N. Y. Supp. 1133.

JENKS, J., taking no part.

MACFARLANE, Respondent, v. ARNHOLD et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by William W. Macfarlane against Phillip Arnhold and others. No opinion. Judgment and order affirmed, with costs.

In re McMANUS. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) In the matter of the application of Bernard J. McManus for admission to the bar. No opinion. Application granted.

MACRAY et al., Respondents, v. CARHART, Appellant. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by Churchill C. Macray and another against Clara H. Carhart. No opinion. Judgment and order of the County Court of Dutchess county unanimously affirmed, with costs.

MAISCH, Respondent, v. GRENZIG, Appellant, et al. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by John Maisch against Mary A. Grenzig and John A. Grenzig.

PER CURIAM. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, unless within 20 days plaintiff stipulate to reduce the recovery to $200, with interest from July 18, 1909, in which event the judgment is affirmed, without costs.

MANTEL et al., Respondents, v. LOEHFELM, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Samuel Mantel and others, copartners, etc., against Harry E. Loehfelm. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re MAPES. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) In the matter of the judicial settlement of the accounts of James R. Mapes, as administrator, etc., of Martin F. Mapes, deceased. No opinion. Appeal dismissed, without costs, on stipulation filed.

124 N.Y.S.—71

In re MAREAN, Justice. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) In the matter of the application .er a peremptory writ of mandamus against Josiah T. Marean, a Justice of the Supreme Court. No Motion denied, without costs, without prejudice to the right to renew if the case on appeal is not settled.

MARTINEZ, Respondent, v. FILM IMPORT & TRADING CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Albert Martinez against the Film Import & Trading Company. No opinion. Motion to dismiss appeal from the judgment denied, without costs. See, also, 121 N. Y. Supp. 1139.

MARTINEZ, Respondent, v. FILM IMPORT & TRADING CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Albert Martinez against the Film Import & Trading Company.

PER CURIAM. We think this case should be settled by the trial justice. The order is therefore reversed, with $10 costs and disbursements, and the motion granted, with costs. See, also, supra.

MASON, Respondent, v. SCHULTZ, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Jarvis W. Mason, as executor, etc.. of James R. Mason, deceased, against Louise Schultz, individually and as sole executrix, etc., of Carl H. Schultz, deceased. No opinion. Judgment affirmed, with costs.

MASTROPAOLO, Respondent, v. GAFFEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by Mary Mastropaolo, as administratrix, etc., against Mary E. Gaffey. No opinion. Judgment and order affirmed, with costs.

MASTROPAOLO, Respondent, v. GAFFEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Mary Mastropaolo, as administratrix, etc., against Mary E. Gaffey. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

MAY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by John H. May, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 123 N. Y. Supp. 1128.

MENTON, Appellant, v. DUNN, Respondent. (Supreme Court, Appellate Division, Second De-